lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

JESUS JIMENEZ  *

VS  *  C.A. NO. B96 217

GOODYEAR TIRE & RUBBER CO.  *

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 22, 1996, Plaintiff initiated this cause of action by filing an Application to Proceed in Forma Pauperis and a Complaint under Title VII of the Civil Rights Act of 1964 against his ex-employer GOODYEAR TIRE AND RUBBER CO. On March 11, 1997, this court ordered service upon Defendant and it was not until October 20, 1998, that the Defendant was finally served. On November 20, 1998, Defendant filed a Motion to Dismiss attacking the timeliness and sufficiency of service as well as the legal sufficiency of the substantive claim.

More than 30 days have elapsed and Plaintiff has failed to file a response. Because of the foregoing, this Court respectfully

recommends that this cause of action be dismissed, without prejudice, for failure to prosecute.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 22ND day of December, 1998.

/s/ John Wm. Black
John Wm. Black
United States Magistrate Judge



```
CASE:      1:97-cv-00182
DOCUMENT:  23
DATE:      12/23/98

CLERK:     og
```

23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|    Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-182 |
| § | |
| PEDRO CRUZ AND CONSUELO GARCIA § | |
| (formerly Consuelo Cruz), § | |
|    Defendants. § | |

### ORDER RESCHEDULING ALL DATES INCLUDING TRIAL

BEFORE THE COURT is an Unopposed Motion to Reschedule All Dates Including Trial, for 90 days, and the Court, having considered the Motion, finds it to have merit.

Accordingly, it is hereby ORDERED that the Deadlines will be rescheduled as follows:

a. Motion Hearing: _4-27-99 — 9 AM_

b. Pretrial Order: _4-22-99_

c. Pretrial & settlement conference: _4-22-99   9 AM_

d. Final Pretrial: _5-6-99   9 AM_

e. Jury Selection: _5-10-99   9 AM_

f. Trial: _____

SIGNED this _22_ day of _December_, 1998.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com