THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS JIMENEZ | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL CAUSE NO. 96-217 |
| | § | |
| GOODYEAR TIRE & RUBBER CO. | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is Magistrate Judge's Report and Recommendation on the above referenced cause of action and Goodyear Tire & Rubber Company's ("defendant") Motion to Dismiss. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be and is hereby adopted. Furthermore, it is the opinion of this Court that defendant's Motion to Dismiss should be and is hereby GRANTED WITHOUT PREJUDICE.

DONE in Brownsville, Texas, on this 30th day of March 1999.

Filemon B. Vela
United States District Judge